COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-08-331-CV

 

DENNIS
DEWAYNE PAIGE                                                     APPELLANT

 

                                                   V.

 

RESSIE
OWENS, CHAIRWOMAN,                                              APPELLEE

TEXAS
BOARD OF PARDONS AND PAROLES                                           

                                               ----------

             FROM
THE 78TH DISTRICT COURT OF WICHITA COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant=s
request for the court to withdraw his appeal. 
It is the court=s opinion that the request
should be granted; therefore, we dismiss the appeal.  See Tex. R. App. P. 42.1(a)(1),
43.2(f).

 

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ. 

 

DELIVERED:  September 4, 2008











[1]See Tex. R. App. P. 47.4.